**U.S.A. vs. Jamekia Duprell Hines**                                        Docket No. 4:10-CR-80-2FL

**Petition for Action on Supervised Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamekia Duprell Hines, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack) and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 7, 2012, to the custody of the Bureau of Prisons for a term of 86 months. A Motion for Revocation was held before Your Honor on July 3, 2019, and Hines was sentenced to a 1-day term of imprisonment. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 13 months.

Jamekia Duprell Hines was released from custody on July 3, 2019, at which time the term of supervised release commenced.

On September 23, 2019, a Violation Report was submitted to the Court after Hines tested positive for marijuana. At that time, it was recommended no action be taken to afford Hines the opportunity to return to substance abuse treatment.

On January 23, 2020, a Violation Report was submitted to the Court after Hines failed to report for two surprise urinalysis screenings and tested positive for marijuana. At that time, it was recommended that no action be taken to afford Hines the opportunity to continue participating in substance abuse treatment.

On February 18, 2020, a Petition for Action was approved by the Court placing Hines on a curfew and electronic monitoring for a period not to exceed 30 consecutive days as the result of a positive urinalysis screening for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 27, 2020, Hines submitted to a urinalysis screening which was confirmed positive for marijuana by Alere Laboratories on March 6, 2020.

On March 6, 2020, Hines was confronted with his violation conduct, at which time he admitted his wrongdoings. Hines was verbally reprimanded for his violation conduct, expressed remorse, and his current course of treatment has been increased, yet again. Therefore, as a sanction for the violation conduct, it is respectfully recommended that Hines be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for an additional 30 days to run at the expiration of his current term. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake | /s/ Jay Kellum |
| David W. Leake | Jay Kellum |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5109 |
| | Executed On: March 10, 2020 |

**ORDER OF THE COURT**

Considered and ordered this ___19th___ day of _____March_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge